UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSTY TWO FEATHERS BRADY, CHELEY HOKANSON PETRIS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>C. ETHERIDGE, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:21-CV-00463-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 2) |

　　　　Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 2[1]) entered on January 6, 2022, recommending that the Court grant Plaintiffs' IFP applications (ECF Nos 1, 1-1) and dismiss the complaint with leave to amend.

　　　　This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　　The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 2) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' IFP applications (ECF Nos. 1, 1-1) are **GRANTED**. The Clerk of the Court shall file the Complaint (ECF No. 1-2).

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH LEAVE TO AMEND** the Fourth Amendment claims as to BIA Officer Etheridge.

**IT IS FURTHER ORDERED** that the claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** so that they may be asserted in the proper court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED**.

Dated March 2, 2022.

_____
ROBERT C. JONES
United States District Judge